# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DURAN,<br><br>    Plaintiff,<br><br> v.<br><br>JANET NAPOLITANO, et al.<br><br>    Defendants. | Case No.  1:12-cv-01792-AWI-SAB<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

On January 28, 2013, Plaintiff Esther Duran ("Plaintiff") requested a continuance of the initial scheduling conference on February 5, 2013 at 9:00 a.m. (ECF No. 8.) Plaintiff's request is based upon the fact that the defendants in this matter have not yet been served. The Court will grant the continuance. However, the Court notes that Plaintiff's complaint was filed on November 1, 2012 (ECF No. 1) and Federal Rule of Civil Procedure 4(m) requires the complaint to be served within 120 days (March 1, 2013), absent good cause for the delay. Absent subsequent good cause, future continuances of the mandatory scheduling conference will be disfavored. Accordingly,

IT IS HEREBY ORDERED that the initial scheduling conference on February 5, 2013 at 9:00 a.m. is CONTINUED to May 7, 2013 at 2:00 p.m. in Courtroom 9 before the Honorable Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:  **January 29, 2013**       **/s/ Stanley A. Boone**
                 UNITED STATES MAGISTRATE JUDGE