BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTHER DURAN, | No. 1:12-cv-1792 AWI SAB |
| Plaintiff, | JOINT STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME |
| v. | |
| JANET NAPOLITANO, ET AL. | |
| Defendants. | |

This is an immigration case in which plaintiff challenges the denial of a visa application by the United States Consulate in Ciudad Juarez, Mexico. The parties advise that they are currently exploring the possibility of an administrative resolution to the matter. As such, the parties stipulate that the time for filing the government's answer to the complaint and the joint status report be extended to June 12, 2013. As well the parties request that the scheduling conference be reset to sometime after the new answer date.

Dated: March 15, 2013

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                         By:   /s/Audrey Hemesath
                              Audrey B. Hemesath
                              Assistant U.S. Attorney
                              Attorneys for the Defendants

                         By:   /s/ Andrew Fishkin
                              Andrew Fishkin
                              Attorney for the Plaintiff

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for filing the government's answer to the complaint is extended to June 12, 2013, and the scheduling conference is reset from May 7, 2013 to July 16, 2013 at 2:30 p.m. IT IS SO ORDERED.

Dated: **March 14, 2013**

_____
UNITED STATES MAGISTRATE JUDGE