BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DURAN, ) | No. 1:12-cv-1792 AWI SAB |
| Plaintiff, ) | ORDER RE: EXTENSION OF TIME |
| v. ) | |
| JANET NAPOLITANO, ET AL. ) | |
| Defendants. ) | |

This is an immigration case in which plaintiff challenges the denial of a visa application by the United States Consulate in Ciudad Juarez, Mexico. The parties advise that they are currently exploring the possibility of an administrative resolution to the matter. The parties have previously stipulated to one extension of time toward this end, and now request a further extension of time in order to allow for continuing efforts at administrative resolution. As such, the parties stipulate that the time for filing the government's answer to the complaint and the joint status report be extended to September 12, 2013. As well the parties request that the scheduling conference be reset to sometime after the new answer date.

Dated: June 4, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:     /s/ Andrew Fishkin
Andrew Fishkin
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for filing the government's answer to the complaint is extended to September 12, 2013, and the Scheduling Conference is reset to October 15, 2013 at 2:30 p.m.

IT IS SO ORDERED.

Dated:   **June 4, 2013**

_____
UNITED STATES MAGISTRATE JUDGE