ANDREW FISHKIN, ESQ. SBN 237845
LAW OFFICE OF ANDREW J. FISHKIN, P.C.
235 H STREET
BAKERSFIELD, CA 93304
info@lawyerfish.com
TEL.   661-322-6776
FAX.   661-322-6770

ATTORNEY FOR PLAINTIFF



FILED
JUL 05 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DURAN, | DOCKET NO. 1:12-cv-1792 SAB |
| Plaintiff, | |
| V. | PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL |
| JANET NAPOLITANO, ET AL. | |
| Defendants. | |

Ms. Esther Duran, Petitioner herein by and through her attorney of record Andrew Fishkin, moves this Honorable Court for voluntary dismissal of the appeal in the above-entitled case, pursuant to Fed. R. Civ. P. 41(a) 1.

The need to request a voluntary dismissal arose base on the facts presented here as follows:

1

Petitioner wishes to withdraw and stop pursuing her Eastern District Case, for personal reasons.

Currently there is an administrative resolution to the matter at hand, as such Ms. Duran wishes to Voluntarily Dismiss this action.

Overall, there is sufficient evidence to support this motion wherefore Ms. Duran respectfully requests the dismissal of the above captioned case.

Respectfully submitted this 2nd day of July 2013.

/s/Andrew J. Fishkin

Andrew Fishkin, Esq.
Attorney for Plaintiff,
Esther Duran,

It is so Ordered. Dated: 7-3-13

United States District Judge